DWIGHT E. ROBINSON, JR., Landlord, Respondent, *v.* ALLEN COLLINS, Tenant, Appellant.

Supreme Court, Appellate Term, First Department, April 25, 1946.

*Harry Buchman* for appellant.

*Jacob J. Kramer* and *Jay O. Kramer* for respondent.

MEMORANDUM *Per Curiam.* Respondent, being the owner of only a fractional interest in the premises, is not " the landlord " within the meaning of paragraph (6) of subdivision (a) of section 6 of the Rent Regulation for Housing in the New York City Defense-Rental Area (8 Federal Register 13918, as amd.).

The final order should be reversed, with $30 costs, and final order directed dismissing the petition on the merits, with costs.

SHIENTAG, McLAUGHLIN and HECHT, JJ., concur.

Order reversed, etc.